IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTATABLE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>1.    PETROLEUM GEO-SERVICES, INC.;<br>2.    PLAINSCAPITAL CORP.;<br>3.    RACKSPACE HOSTING, INC.;<br>4.    SCHLUMBERGER TECHNOLOGY CORP.;<br>5.    TEXAS INSTRUMENTS, INC.; AND<br>6.    TXU ENERGY RETAIL COMPANY LLC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:13-cv-177<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF PETROLEUM GEO-SERVICES, INC.

Plaintiff Rotatable Technologies LLC ("Rotatable") and Defendant Petroleum Geo-Services, Inc. file this Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii). Rotatable and Petroleum Geo-Services, Inc. stipulate that:

    1.    Rotatable consents to dismissal with prejudice of all of its claims against Petroleum Geo-Services, Inc. in this suit.

    2.    Petroleum Geo-Services, Inc. consents to dismissal with prejudice of all of its claims against Rotatable in this suit.

    3.    Rotatable and Petroleum Geo-Services, Inc. shall each bear their own attorney fees and costs incurred in connection with this action.

Dated: May 28, 2013                            Respectfully submitted,

| | |
|---|---|
| <u>Austin Hansley</u><br>Texas Bar No. 24073081<br>Austin@TheTexasLawOffice.com<br><br>**Austin Hansley, PLLC**<br>5050 Quorum Dr. Suite 700<br>Dallas, TX 75254<br>Telephone: 469/587-9776<br>Fax: 855/347-6329<br><br>*Attorney for Rotatable Technologies LLC* | <u>Russell A. Chorush</u><br>Texas Bar No.: 24031948<br>rchorush@hpcllp.com<br><br>HEIM, PAYNE, CHORUSH L.L.P.<br>600 Travis Street, Suite 6710<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>*Attorney for Petroleum Geo-Services, Inc.* |

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 28, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                    <u>/s/ Austin Hansley</u><br>
                                                                                    Austin Hansley