IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTATABLE TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>   v.<br><br>  1. PETROLEUM GEO-SERVICES INC.;<br>  2. PLAINSCAPITAL CORP.;<br>  3. RACKSPACE HOSTING INC.;<br>  4. SCHLUMBERGER TECHNOLOGY CORP.;<br>  5. TEXAS INSTRUMENTS INC.; AND<br>  6. TXU ENERGY RETAIL COMPANY LLC.,<br><br>  Defendants. | CASE NO. 2:13-cv-177<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING TXU ENERGY RETAIL COMPANY LLC'S
MOTION TO SEVER PLAINTIFF'S CLAIMS**

On May 14, 2013, Defendant TXU Energy Retail Company LLC ("TXU") filed its Motion to Sever the claims in Plaintiff Rotatable Technologies LLC's ("Rotatable Tech") Complaint (Dkt. No. 1.) against TXU in the above captioned proceeding (Dkt. No. 31). The parties have reached an agreement to remove TXU from the above captioned matter. The Court, having considered the evidence and the agreement of the parties, finds that the Motion is GRANTED.

IT IS HEREBY ORDERED that TXU is severed from *Rotatable Technologies, LLC vs. Petroleum Geo-Services, Inc., et al;* Cause No. 2:13-cv-177 and directs the clerk to assign the severed action a separate cause number.

**So ORDERED and SIGNED this 7th day of June, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE